# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

| | |
|---|---|
| AMY RAMEAU, ESQ.* | *Admitted in New York, New Jersey, Eastern and Southern Districts of New York |
| AFSAAN SALEEM, ESQ.+ | +Admitted in New York, Eastern and Southern Districts of New York |
| JOSEPH RUSSO, ESQ.+ | +Admitted in New York Eastern District of New York |

December 14, 2016

**VIA ECF**
Hon. William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Angela Hollins v. City of New York, et al.,</u> 14 CV 6519 (WFK)(MDG)

Your Honor:

     I represent the plaintiff in the above-referenced matter.  I write jointly with defense counsel to request a 30-day extension of time from for the parties to file their motions in limine and pre-trial submissions and responses to the motions in limine.  According to Your Honor's rule the submissions would have been due on December 19th (30 days after the filing of the Joint Pre-Trial Order) with the responses due December 27th.  The parties are requesting that the submissions be due January 20th with the responses due January 27th.
     The additional time is needed to accommodate both counsel's vacation plans as well as other scheduling conflicts.  We thank the Court for its consideration of this request.

Sincerely,

Afsaan Saleem

cc: Alexandra Corsi, Esq.

Tel: (718) 852-4759
     (718) 875-1173
Fax: (718) 875-5440

therameaulawfirm.com