UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  DEC 09 2019  ★

BROOKLYN OFFICE



-------------------------------------------------------------------------X

ANGELA HOLLINS,

          Plaintiff,

          v.

CITY OF NEW YORK, *et al.*,

          Defendants.

-------------------------------------------------------------------------X

**ORDER**
14-CV-6519 (WFK) (CLP)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On March 19, 2019, Defendants filed a motion for bill of costs, seeking $631.40 in costs

as the prevailing party pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local

Civil Rule 54.1. *See* ECF No. 72. On March 21, 2019, the Court referred this motion to

Magistrate Judge Cheryl Pollak for a Report and Recommendation. *See* ECF No. 73.

On October 25, 2019, Judge Pollak directed Plaintiff to respond to the motion by

November 1, 2019, otherwise the motion would be considered unopposed. On November 14,

2019, Judge Pollak filed a Report and Recommendation recommending the Court grant

Defendant's request given no objections were raised by Plaintiff and "it does not appear that

defendants will be prejudiced if served with exhibits in digital rather than hard copy form." *See*

ECF No. 74. Plaintiff did not file any objections to the Report and Recommendation.

The Court reviews a Report and Recommendation for clear error when no objections

have been filed. *See Covey v. Simonton,* 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis,

J.). We find no such error here. The Court therefore adopts the Report and Recommendation of

Judge Pollak in its entirety. Accordingly, it is hereby ordered Defendant's motion for bill of costs be granted, in accordance with the Report and Recommendation.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: December 6, 2019
     Brooklyn, New York